IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR201-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| WILLIAM PROPST, SR., and ) | |
| WILLIAM PROPST, JR. ) | |
| _____) | |

    This matter is before the court upon separate motions by these two Defendants to modify their conditions of probation by deleting standard conditions 2, 4, and 5. The government has opposed these motions and the court is informed that Defendants' United States Probation Officer concurs in the government's opposition. After reviewing the matter, the court declines to modify the standard conditions of probation.

    IT IS THEREFORE ORDERED that Defendants' motions to modify conditions of probation are hereby DENIED.

Signed: August 9, 2006

Graham C. Mullen
United States District Judge