IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR201-2-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| WILLIAM PROPST, SR. ) | |
| _____) | |

    This matter is before the court upon the defendant's Motion to Terminate Probation. The government has filed a response in opposition to the defendant's motion. After consideration of the matter, the court denies defendant's motion with leave to refile in one year.
    IT IS SO ORDERED.

                                  Signed: July 10, 2008

                                  Graham C. Mullen
                                  United States District Judge